IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __2:24-cv-1743__

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Joshua M. Robbins__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Virgina | 10/20/2016 | 91020 |
| District of Columbia | 12/18/2017 | 229540 |
| Supreme Court of Virginia | 12/7/2016 | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| U.S. District - District of Columbia | 7/3/2023 | |
| Southern District of Texas | 1/19/2024 | |
| U.S. Court of Appeals - Fifth Circuit | 7/7/2017 | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for _____
(Applicant's Signature)

04/30/2024
(Date)

Name of Applicant's Firm: **Pacific Legal Foundation**

Address: 3100 Clarendon Blvd Suite 1000, Arlington, VA 22201

Telephone Number: 202.945.9524

Email Address: jrobbins@pacificlegal.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/30/2024
(Date)

(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Joshua M. Robbins to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Sean Radomski | *Sean Radomski* | 3/27/2024 | 319732 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Pacific Legal Foundation

3100 Clarendon Blvd Suite 1000, Arlington, VA 22201

202.888.6881

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/30/2024                    *Sean Radomski*
          (Date)                          (Sponsor's Signature)

Joshua M. Robbins
Federal jurisdiction admissions cont'd

U.S. Court of Appeals - Ninth Circuit; 2/9/2022

U.S. Court of Appeals - Sixth Circuit; 9/21/2023

U.S. Court of Appeals - Fourth Circuit; 4/17/2024

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATS TREE SERVICE, LLC | : | Civil Action |
| | : | |
| v. | : | |
| FEDERAL TRADE COMMISSION; LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission; and REBECCA KELLY SLAUGHTER, ALVARO BEDOYA; ANDREW N. FERGUSON, and MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC, | : | No.: 2:24-cv-1743 |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Joshua M. Robbins, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

I submitted the foregoing to the Clerk of the Court via the District Court's CM/ECF system. I also certify that courtesy copies of the forgoing will be served via certified mail to the parties listed on the attached page.

_____
(Signature of Attorney)
Joshua M. Robbins
_____
(Name of Attorney)
Sean Radomski
_____
(Name of Moving Party)
04/30/2024
_____
(Date)

**Service Addresses for Courtesy Copies**

Merrick Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Melissa Holyoak
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

Alvaro Bedoya
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

Rebecca Kelly Slaughter
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

Lina M. Khan
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

Andrew N Ferguson
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

Jacqueline C. Romero
U.S. Attorney Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATS TREE SERVICE, LLC | : | Civil Action |
| | : | |
| v. | : | |
| FEDERAL TRADE COMMISSION; LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission; and REBECCA KELLY SLAUGHTER, ALVARO BEDOYA; ANDREW N. FERGUSON, and MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC, | : : : | No.: 2:24-cv-1743 |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby ORDERED that the application of __Joshua M. Robbins_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
                                                                                                           , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.