IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ATS TREE SERVICES, LLC,**<br>          Plaintiff,<br><br>     v.<br><br>**FEDERAL TRADE COMMISSION,**<br>**LINA M. KHAN,** in her official capacity as Chair of the Federal Trade Commission,<br>**REBECCA KELLY SLAUGHTER,**<br>**ALVARO BEDOYA,**<br>**ANDREW N. FERGUSON** and<br>**MELISSA HOLYOAK,** in their official capacities as Commissioners of the FTC,<br>          Defendants. | CIVIL ACTION<br><br><br><br>NO.  24-1743 |

**O R D E R**

AND NOW, this 1st day of May, 2024, upon consideration of the Application for *Pro Hac Vice* admission of Joshua M. Robbins, Esquire (ECF 4), the filing fee having been paid, **IT IS ORDERED** that the Application for *Pro Hac Vice* admission of Joshua M. Robbins, Esquire (ECF 4) is **GRANTED** pursuant to Local Rule of Civil Procedure 83.5.2(b).[1]

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
HODGE, KELLEY B., J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.