# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION; LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission; and REBECCA KELLY SLAUGHTER, ALVARO BEDOYA; ANDREW N. FERGUSON, and MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC,<br><br>  Defendants. | No. 2:24-cv-01743-KBH |

## SUMMONS RETURNED EXECUTED AND DECLARATION OF SERVICE

I, Kiren Mathews, declare as follows:

I am employed at Pacific Legal Foundation, with which are associated as counsel for Plaintiff in this matter, at whose direction the below-described service was made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice of Pacific Legal Foundation for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, the following was deposited with the United States Postal Service with postage thereon fully prepaid at that same day in the ordinary course of business.

On April 26, 2024, I placed true copies of the (1) Complaint, (2) Civil Cover Sheet, (3) Designation Form, (4) Issued Summons, (5) Summons in envelopes addressed to the following:

| | |
|---|---|
| Merrick Garland<br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | Tracking No. 9402 8091 0515 6571 0987 76 |

| | |
|---|---|
| Melissa Holyoak<br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580 | Tracking No. 9402 8091 0515 6571 0987 83 |
| Alvaro Bedoya<br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580 | Tracking No. 9402 8091 0515 6571 0989 74 |
| Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580 | Tracking No. 9402 8091 0515 6073 7362 06 |
| Rebecca Kelly Slaughter<br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580 | Tracking No. 9402 8091 0515 6073 7363 98 |
| Lina M. Khan<br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580 | Tracking No. 9402 8091 0515 6571 0993 77 |
| Andrew N Ferguson<br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580 | Tracking No. 9402 8091 0515 6571 0995 51 |

mailed via Priority, Certified mail with electronic return receipt request at a United States Post Office in Sacramento, California.

I have attached true and correct copies of the United States Postal Service email notices sent to me which indicate that the above-described papers have been delivered to the addressees.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 6th day of May 2024, at Sacramento, California.

*Kiren Mathews*

Kiren Mathews



May 5, 2024

Dear Kiren Mathews:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8091 0515 6571 0987 76**.

| Item Details | |
|---|---|
| Status: | Delivered, PO Box |
| Status Date / Time: | May 2, 2024, 4:53 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| Recipient Name: | Merrick Garland  Attorney General |

| Shipment Details | |
|---|---|
| Weight: | 2lb, 0.0oz |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



May 5, 2024

Dear Kiren Mathews:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8091 0515 6571 0987 83**.

| Item Details | |
|---|---|
| Status: | Delivered, PO Box |
| Status Date / Time: | May 2, 2024, 9:57 am |
| Location: | WASHINGTON, DC 20580 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| Recipient Name: | Melissa Holyoak |

| Shipment Details | |
|---|---|
| Weight: | 2lb, 0.0oz |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



May 5, 2024

Dear Kiren Mathews:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8091 0515 6571 0989 74**.

| Item Details | |
|---|---|
| Status: | Delivered, PO Box |
| Status Date / Time: | May 2, 2024, 9:57 am |
| Location: | WASHINGTON, DC 20580 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| Recipient Name: | Alvaro Bedoya |

| Shipment Details | |
|---|---|
| Weight: | 2lb, 0.0oz |

### Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



May 5, 2024

Dear Kiren Mathews:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8091 0515 6073 7362 06**.

| Item Details | |
|---|---|
| Status: | Delivered, PO Box |
| Status Date / Time: | May 3, 2024, 8:54 am |
| Location: | WASHINGTON, DC 20580 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| Recipient Name: | Federal Trade Commission |

| Shipment Details | |
|---|---|
| Weight: | 2lb, 0.0oz |

**Recipient Signature**

Signature of Recipient: [signature image]
Printed Name: Branden Earles

Address of Recipient: FTC 20580

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



May 5, 2024

Dear Kiren Mathews:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8091 0515 6073 7363 98**.

| Item Details | |
|---|---|
| Status: | Delivered, PO Box |
| Status Date / Time: | May 2, 2024, 9:57 am |
| Location: | WASHINGTON, DC 20580 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| Recipient Name: | Rebecca Kelly Slaughter |

| Shipment Details | |
|---|---|
| Weight: | 2lb, 0.0oz |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



May 5, 2024

Dear Kiren Mathews:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8091 0515 6571 0993 77**.

| Item Details | |
|---|---|
| Status: | Delivered, PO Box |
| Status Date / Time: | May 2, 2024, 9:57 am |
| Location: | WASHINGTON, DC 20580 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| Recipient Name: | Lina M Khan |

| Shipment Details | |
|---|---|
| Weight: | 2lb, 0.0oz |

**Recipient Signature**

Signature of Recipient: [signature image]

Address of Recipient: [FTC 20580]

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



May 5, 2024

Dear Kiren Mathews:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8091 0515 6571 0995 51**.

| Item Details | |
|---|---|
| **Status:** | Delivered, PO Box |
| **Status Date / Time:** | May 2, 2024, 9:57 am |
| **Location:** | WASHINGTON, DC 20580 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | Andrew N Ferguson |
| **Shipment Details** | |
| **Weight:** | 2lb, 0.0oz |// 
| **Recipient Signature** | |

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2024, I submitted the foregoing to the Clerk of the Court via the District Court's CM/ECF system.

s/ Sean Radomski
SEAN RADOMSKI
