AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.      2:24-CV-01743-KBH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Jacqueline C. Romero, U.S. Attorney**
was recieved by me on **4/26/2024**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with a person of suitable age and discretion who resides at *(place)* on *(date)* and mailed a copy to the individual's last known address; or

☒ I served the summons on **nadiya brooks**, who is designated by law to accept service of process on behalf of **Jacqueline C. Romero, U.S. Attorney** at **615 Chestnut St Ste 1250 Philadelphia, PA 19106 on 05/01/2024 at 12:11 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 105.00 for services, for a total of $ 105.00.

I declare under penalty of perjury that this information is true.

Date:

_____  5/14/24
Server's signature

**Michael McKown Jr**
Printed name and title

454 wolf street
2nd flr
Philadelphia, PA 19148

Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to nadiya brooks who identified themselves as the receptionist, authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 35-45 years of age, 5'6"-5'8" tall and weighing 160-180 lbs. signature and time stamp obtained**



Tracking #: 0132353167