**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ATS TREE SERVICES, LLC, <br><br>       Plaintiff, <br><br> v. <br><br> FEDERAL TRADE COMMISSION; LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission; and REBECCA KELLY SLAUGHTER, ALVARO BEDOYA, ANDREW N. FERGUSON, and MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC, <br><br>       Defendants. | Case No.: 2:24-cv-1743-KBH |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of Defendants:

TAISA M. GOODNATURE
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 514-3786
Taisa.M.Goodnature@usdoj.gov

Dated: May 17, 2024            Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY R. FARBY
Assistant Branch Director

*/s/ Taisa M. Goodnature*
TAISA M. GOODNATURE

N.Y. Bar No. 5859137
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 514-3786
Taisa.M.Goodnature@usdoj.gov

*Counsel for Defendants*