IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br>    Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br>LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission,<br>REBECCA KELLY SLAUGHTER,<br>ALVARO BEDOYA,<br>ANDREW N. FERGUSON and<br>MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC,<br>    Defendants. | CIVIL ACTION<br><br><br><br><br>NO.  24-1743 |

## O R D E R

**AND NOW**, this 21st day of May, 2024, upon consideration of Defendant Federal Trade Commission's ("FTC") letter request for a one-week extension to respond to Plaintiff ATS Tree Services, LLC's ("ATS") preliminary injunction motion, and good cause appearing, it is hereby **ORDERED** that Defendant's request for extension to respond is **GRANTED**. It is further **ORDERED**[1] as follows:

1. The FTC shall file its response in opposition to ATS's Motion for Preliminary Injunction (ECF No. 10) on or by **June 4, 2024**;

2. ATS shall file its reply in support of its Motion on or by **June 25, 2024**;

3. Should the Court deem a hearing on ATS's Motion necessary, a tentative hearing date is scheduled for **July 10, 2024 at 12:00 p.m.**;

---

[1] The Court is issuing an extended briefing timeline in consideration of the briefing and hearing schedule in the pending case *Ryan LLC et al. v. FTC*, No. 3:24-cv-00986-E (N.D. Tex, May 9, 2024) that was noted in the Defendant's letter request for an extension of time.

4. The Court will issue a decision on the merits of Plaintiff ATS's Motion for Preliminary Injunction (ECF No. 10) by July 23, 2024.

                                                **BY THE COURT:**

                                                /s/ **Hon. Kelley B. Hodge**

                                                  **HODGE, KELLEY B., J.**