THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION; LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission; and REBECCA KELLY SLAUGHTER, ALVARO BEDOYA, ANDREW N. FERGUSON, and MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC,<br><br>        Defendants. | Case No.: 2:24-cv-1743-KBH |

**[PROPOSED] ORDER**

Defendants' Unopposed Motion for Leave to File Excess Pages, ECF No. 17, is hereby GRANTED. Defendants may file a response to Plaintiff's motion for a stay of effective date and preliminary injunction, ECF No. 10, not to exceed thirty-five pages.

_____, 2024       _____

                                                                                                                THE HONORABLE KELLEY BRISBON HODGE
                                                                                                                 UNITED STATES DISTRICT JUDGE