THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION; LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission; and REBECCA KELLY SLAUGHTER, ALVARO BEDOYA, ANDREW N. FERGUSON, and MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC,<br><br>        Defendants. | Case No.: 2:24-cv-1743-KBH |

## ORDER

Defendants' Unopposed Motion for Leave to File Excess Pages (ECF No. 17) is hereby **GRANTED**. Defendants may file a response to Plaintiff's motion for a stay of effective date and preliminary injunction (ECF No. 10) not to exceed thirty-five (35) pages.

DATE:  May 28, 2024

BY THE COURT:

/s/ Hon. Kelley B. Hodge

**HODGE, KELLEY B., J.**