## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ATS TREE SERVICES, LLC,

                Plaintiff,

v.

FEDERAL TRADE COMMISSION,

                Defendant.

Civil Action No.2:24-cv-01743

### [PROPOSED] ORDER

For good cause shown, the unopposed motion by *amici curiae* for leave to file a brief in support of the Plaintiff's Motion for Stay of Effective Date and Preliminary Injunction, ECF No. __, is hereby ORDERED, ADJUDGED, and DECREED, that the motion is GRANTED.

**SO ORDERED:** _____  _____, 2024

                                                  BY THE COURT:

                                                  _____
                                                  THE HONORABLE KELLEY BRISBON HODGE
                                                  UNITED STATES DISTRICT JUDGE