# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ATS TREE SERVICES, LLC,

        Plaintiff,

v.

FEDERAL TRADE COMMISSION,

        Defendant.

Civil Action No. 2:24-cv-01743

## ORDER

For good cause shown, the unopposed motion by *amici curiae* for leave to file a brief in support of the Plaintiff's Motion for Stay of Effective Date and Preliminary Injunction (ECF No. 19) is hereby ORDERED, ADJUDGED, and DECREED, that the motion is GRANTED.

**SO ORDERED:** June 4, 2024.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
THE HONORABLE KELLEY BRISBON HODGE
UNITED STATES DISTRICT JUDGE