## EXHIBIT A

### Descriptions of *Amici Curiae*

**The National Retail Federation (NRF)** is the world's largest retail trade association, and a stalwart advocate for the people, brands, policies, and ideas that help the $5.3 trillion retail industry thrive. Retail is the largest private-sector employer in the United States, supporting one in four U.S. jobs, approximately 56 million American workers.

**Associated Builders and Contractors, Inc. (ABC)** is a national construction industry trade association representing more than 23,000 members.  Founded on the merit shop philosophy, ABC and its 68 Chapters help members develop people, win work and deliver that work safely, ethically and profitably for the betterment of the communities in which ABC and its members work.  ABC's membership represents all specialties within the U.S. construction industry and is comprised primarily of firms that perform work in the industrial and commercial sectors.

**The International Franchise Association (IFA)** is an organization of franchisors, franchisees, and franchise suppliers committed to protecting and enhancing franchising. For the past 60 years, IFA has contributed to the growth and stability of franchising by working with franchisors and franchisees on best practices and working alongside agencies including the Federal Trade Commission to develop appropriate, well-supported rules impacting franchises.

**The American Hotel & Lodging Association (AHLA)** is the largest hotel association in the United States, representing all segments of the industry nationwide including major chains, independent hotels, management companies, REITs, bed-and-breakfasts, industry partners, and more. It has over 32,000 member properties and more than 1,000 corporate members. Collectively, the hotels represented by the AHL support more than 8.3 million American jobs.

**National Association of Wholesaler-Distributors (NAW)** is a leading trade association representing the $8 trillion wholesale-distribution industry. Since its inception in 1946, NAW has worked tirelessly on behalf of national, regional, and state employers, trade associations, and industry stakeholders to develop the warehouse and distribution trade throughout the country.

**The National Federation of Independent Business Small Business Legal Center, Inc. ("NFIB Legal Center")** is a nonprofit, public interest law firm established to provide legal resources and be the voice for small businesses in the nation's courts through representation on issues of public interest affecting small businesses. It is an affiliate of the National Federation of Independent Business, Inc. (NFIB), which is the nation's leading small business association. NFIB's mission is to promote and protect the right of its members to own, operate, and grow their businesses. NFIB represents, in Washington, D.C., and all 50 state capitals, the interests of its members.

**Independent Electrical Contractors (IEC)** is a nonprofit trade association federation with over 50 educational campuses and affiliate local chapters across the country. IEC represents more than 3,600 member businesses that employ over 100,000 electrical and systems workers throughout the United States. The association educates nearly 16,000 electricians and systems

professionals each year through world-class training programs. IEC contractor member companies are some of the premier firms in the industry and are responsible for over $10B in gross revenue annually.

**Consumer Technology Association (CTA)** is the trade association representing the $505 billion U.S. consumer technology industry, which supports more than 18 million U.S. jobs. CTA convenes companies of every size and specialty in the technology industry to move us all forward. CTA educates U.S. policymakers to ensure the innovation economy is protected from laws and regulations that delay, restrict, or ban the development of technologies in all our sectors.

**United States Council for International Business (USCIB)** powers the success of U.S. business across the globe by promoting open markets, competitiveness and innovation, sustainable development, and corporate responsibility.  Its members include U.S. based global companies and professional services firms from every sector of the economy, with operations in every region of the world, generating $5 trillion in annual revenues and employing over 11 million workers worldwide.  As the U.S. affiliate to several leading international business organizations, including the International Chamber of Commerce (ICC), the International Organisation of Employers (IOE), and Business at OECD, USCIB advances U.S. business interests with policy makers and regulatory authorities across the globe.

**The Home Care Association of America (HCA)** is the home care community's leading trade association—currently representing over 4,600 companies that employ countless caregivers across the United States. HCA's member agencies provide medical, skilled, personal and companion home care, enabling seniors and individuals with disabilities to remain in their homes at a cost that is more affordable than institutionalized care. HCA's members and their caregivers assist with a variety of non-medical activities of daily living, such as bathing, dressing, eating, and other services necessary for seniors and the disabled to thrive at home. Home care also encompasses private duty nursing, which is medically necessary nursing services under Medicaid caring for medically fragile patients, primarily children.

**The Restaurant Law Center ("Law Center")** is the only independent public policy organization created specifically to represent the interests of the food service industry in the courts. This labor-intensive industry is comprised of over one million restaurants and other foodservice outlets employing nearly 16 million people—approximately 10 percent of the U.S. workforce. Restaurants and other foodservice providers are the second largest private sector employers in the United States. Through amicus participation, the Law Center provides courts with perspectives on legal issues that have the potential to significantly impact its members and their industry. The Law Center's amicus briefs have been cited favorably by state and federal courts.