**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| ATS TREE SERVICES, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION; LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission; and REBECCA KELLY SLAUGHTER, ALVARO BEDOYA, ANDREW N. FERGUSON, and MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC,<br><br>                Defendants. | Case No.: 2:24-cv-1743-KBH |

## [PROPOSED] ORDER

Before the Court is Plaintiff's Motion for Stay of Effective Date and Preliminary Injunction, ECF No. 10. Having considered the Parties' briefs and the applicable law, the Court hereby **ORDERS** that Plaintiff's motion is **DENIED**.

_____, 2024        _____

THE HONORABLE KELLEY BRISBON HODGE
UNITED STATES DISTRICT JUDGE