**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ATS TREE SERVICES, LLC, | Case No. 2:24-cv-01743-KBH |
| Plaintiff, | |
| v. | |
| FEDERAL TRADE COMMISSION; LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission; and REBECCA KELLY SLAUGHTER, ALVARO BEDOYA, ANDREW N. FERGUSON, and MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC, | |
| Defendants. | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

TO THE CLERK OF COURT:

      Kindly add my name to the docket as counsel for *Amicus Curiae* Community Legal Services, Inc. in this action.

/s/ Brendan Lynch_____
BRENDAN LYNCH, PA ID No. 82675

Community Legal Services, Inc.
1424 Chestnut Street
Philadelphia, PA  19102
(215) 981-3713
blynch@clsphila.org

DATED:    June 5, 2024

Case 2:24-cv-01743-KBH   Document 23   Filed 06/05/24   Page 2 of 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION; LINA M.<br>KHAN, in her official capacity as Chair of the<br>Federal Trade Commission; and REBECCA<br>KELLY SLAUGHTER, ALVARO BEDOYA,<br>ANDREW N. FERGUSON, and MELISSA<br>HOLYOAK, in their official capacities as<br>Commissioners of the FTC,<br><br>Defendants. | Case No. 2:24-cv-01743-KBH |

I, Brendan Lynch, counsel for *Amicus Curiae* Community Legal Services, Inc. in the above-captioned matter, hereby certify that a copy of the foregoing Notice of Appearance and Request for Notice has been filed electronically and is available for viewing and downloading from the Electronic Case Filing system of the United States District Court for the Eastern District of Pennsylvania.

/s/ Brendan Lynch_____
BRENDAN LYNCH, PA ID No. 82675

Community Legal Services, Inc.
1424 Chestnut Street
Philadelphia, PA  19102
(215) 981-3713
blynch@clsphila.org

DATED:     June 5, 2024