UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL TRADE COMMISSION, et al. <br><br> Defendants. | No. 2:24-cv-01743-KBH |

**ORDER GRANTING UNOPPOSED MOTION
OF PUBLIC CITIZEN AND NATIONAL EMPLOYMENT LAW PROJECT
FOR LEAVE TO FILE A BRIEF AS AMICI CURIAE**

Before the Court is the Unopposed Motion of Public Citizen and National Employment Law Project for Leave to File a Brief as Amici Curiae in Opposition to Plaintiff's Motion to Stay of Effective Date and for Preliminary Injunction.

Having considered the motion, the Court finds that it is well taken and GRANTS the motion. It is therefore ORDERED that the amicus brief is considered filed.

Signed this _____ day of _____, 2024.

_____
United States District Judge