IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATS Tree Services, LLC | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Federal Trade Commission | : | No.: No. 2:24-cv-01743-KBH |

ORDER

AND NOW, this _____ day of _____ 2024, it is hereby

ORDERED that the application of  Wendy Liu _____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐    GRANTED.[1]

☐    DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:24-cv-01743

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, Wendy Liu, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| DC | 5/9/2018 | 1600942 |
| NY | 5/11/2015 | 5350004 |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| U.S. Supreme Court | 1/24/2019 | 30837 |
| DC Cir. Court of Appeals | 5/15/2019 | |
| Sixth Cir. Ct. of Appeals | 10/6/2016 | |

9th Cir. (10/6/2020), 10th Cir. (2/15/2024), SDNY (8/18/2017), and D.D.C. (12/3/2018).

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

/s/ Wendy Liu
(Applicant's Signature)
06/04/2024
(Date)

Name of Applicant's Firm: Public Citizen Litigation Group
Address: 1600 20th Street NW, Washington, DC 20009
Telephone Number: (202) 588-1000
Email Address: wliu@citizen.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/04/2024          /s/ Wendy Liu
(Date)                          (Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Wendy Liu__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Michael D. Donovan | _(signature)_ | 10/16/1991 | MDD0414<br>Pa 51895 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Donovan Litigation Group, LLC

1885 Swedesford Road Malvern, PA 19355

(610) 647-6067


I declare under penalty of perjury that the foregoing is true and correct.

Executed on __6/5/2024__   __(signature)__
            (Date)                                             (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATS Tree Services, LLC | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Federal Trade Commission | : | No.: 2:24-cv-01743-KBH |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Wendy Liu, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

using the ECF System, which will send notification to the ECF counsel of record.

(Signature of Attorney)

Michael D. Donovan
(Name of Attorney)

Amici Public Citizen and National Employment Law Project
(Name of Moving Party)

06/05/2024
(Date)