IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br><br>                Plaintiff,<br><br>     v.<br><br>FEDERAL TRADE COMMISSION; LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission; and REBECCA KELLY SLAUGHTER, ALVARO BEDOYA, ANDREW N. FERGUSON, and MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC,<br><br>                Defendants. | Case No. 2:24-cv-01743-KBH |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

      Kindly enter my appearance as co-counsel for *Amicus Curiae* Community Legal Services, Inc. in this action.

Dated: June 5, 2024

      Respectfully submitted,

      */s/ David Nagdeman*
David Nagdeman
PA ID No. 327652
LANGER, GROGAN & DIVER P.C.
1717 Arch St., Ste 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703
dnagdeman@langergrogan.com

## Certificate of Service

     I, David Nagdeman, hereby certify that a copy of the foregoing Notice of Appearance was served on counsel for all represented parties by filing on the Court's ECF system.

Dated: June 5, 2024                                           */s/ David Nagdeman*
                                                                           David Nagdeman