# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br><br>                  Plaintiff,<br><br>    v.<br><br>FEDERAL TRADE COMMISSION,<br><br>                  Defendant. | Case No. 2:24-cv-01743 |

## [PROPOSED] ORDER

For good cause shown, the unopposed motion by *amici curiae* for leave to file a brief in opposition to the Plaintiff's Motion for Stay of Effective Date and Preliminary Injunction, ECF No. __, is hereby ORDERED, ADJUDGED, and DECREED, that the motion is GRANTED.

**SO ORDERED:** _____ _____, 2024.

                                                BY THE COURT:

                                                _____
                                                THE HONORABLE KELLEY BRISBON HODGE
                                                UNITED STATES DISTRICT JUDGE