IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>FEDERAL TRADE COMMISSION; LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission; and REBECCA KELLY SLAUGHTER, ALVARO BEDOYA, ANDREW N. FERGUSON, and MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC,<br><br>        Defendants. | Case No. 2:24-cv-01743-KBH |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of the motion of Community Legal Services, Inc. ("CLS") for leave to file a brief as *amicus curiae* in opposition to Plaintiff's motion for a preliminary injunction, ECF 19, it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk is directed to file the proposed amicus brief attached to the motion of CLS.

                                            **BY THE COURT:**

                                            **HODGE, KELLEY B., J.**