# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC, *Plaintiff,* v. FEDERAL TRADE COMMISSION; LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission; and REBECCA KELLY SLAUGHTER, ALVARO BEDOYA, ANDREW N. FERGUSON, and MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC, *Defendants.* | Case No.: 2:24-cv-1743-KBH |

## [PROPOSED] ORDER

Before the Court is the unopposed motion by *amici curiae* 35 Law, Business, and Economics Professors and Scholars for leave to file a brief in support of the Defendant's Opposition to Plaintiff's Motion to Stay Effective Date and for Preliminary Injunction, ECF No. 22. Having considered the motion, the Court hereby GRANTS the motion. It is ORDERED that the amicus brief is considered filed.

**SO ORDERED**: This _____ day of _____, 2024

BY THE COURT:

_____
THE HONORABLE KELLEY BRISBON HODGE
UNITED STATES DISTRICT JUDGE