IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL TRADE COMMISSION; LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission; and REBECCA KELLY SLAUGHTER, ALVARO BEDOYA, ANDREW N. FERGUSON, and MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC,<br><br>　　　　Defendants. | Case No. 2:24-cv-01743-KBH |

**UNOPPOSED MOTION OF PROFESSORS WILLIAM ARAIZA, JEFFREY LUBBERS, AND PETER M. SHANE FOR LEAVE TO FILE A BRIEF AS AMICI CURIAE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR STAY OF EFFECTIVE DATE AND PRELIMINARY INJUNCTION**

　　　Professors William Araiza, Jeffrey Lubbers, and Peter M. Shane ("proposed amici") respectfully seek the Court's leave to file the accompanying brief as *amici curiae* in support of Defendants' opposition to Plaintiff's motion for stay of effective date and preliminary injunction. The motion is unopposed.

　　　Proposed *amici* are leading legal academics and experts specializing in the fields of administrative law and statutory interpretation. Proposed *amicus* William Araiza is the Stanley A. August Professor of Law at Brooklyn Law School. Proposed *amicus* Jeffrey Lubbers is Professor of Practice in Administrative Law at American University, Washington College of Law. Proposed

*amicus* Peter M. Shane is the Jacob E. Davis and Jacob E. Davis II Chair in Law Emeritus at Ohio State University, Moritz College of Law.

A "district court's decision to accept or reject an amicus filing is entirely within the court's discretion." *In re Nazi Era Cases Against German Defendants Litigation*, 153 Fed. App'x 819, 827 (3d Cir. 2005). A district court "may grant leave to appear as an amicus if the information offered it 'timely and useful.'" *Avellino v. Herron*, 991 F. Supp. 730, 732 (E.D. Pa. 1998) (quoting *Waste Mgmt. of Pa., Inc. v. City of New York*, 162 F.R.D. 34, 36 (M.D. Pa. 1995).

Proposed *amici* believe that their brief provides expert analysis and discussion of the major questions doctrine and nondelegation doctrine, particularly as applied to this case. Proposed *amici* submit that the brief will assist the Court in evaluating the questions raised regarding these issues, particularly those concerning the relative novel major questions doctrine.

Proposed *amici* further submit that the brief is timely: it is being submitted only six calendar days after submission of Defendants' opposition to Plaintiff's motion, and its consideration will not delay these proceedings.

Counsel for proposed *amici* conferred with counsel for Plaintiff and counsel for Defendants, all of whom indicated that their clients consented to the filing of this brief.

## CONCLUSION

Proposed *amici* respectfully request that the Court grant leave to file their proposed brief.

<table>
<tr><td>Dated: June 10, 2024</td><td>Respectfully submitted,<br><br>By: <u>/s/ David S. Cohen</u><br>David S. Cohen<br>3320 Market Street<br>Philadelphia, PA 19104<br>(215) 571-4714<br>dsc39@drexel.edu<br><br>Mark B. Samburg*<br>Robin F. Thurston*<br>Democracy Forward Foundation<br>PO Box 34553<br>Washington, DC 20043<br>202-448-9090<br>msamburg@democracyfoward.org<br>*pro hac vice *application forthcoming*<br><br>*Counsel for Amici Curiae*</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2024, the foregoing was electronically filed with the Clerk of the Court using the ECF system.

<u>/s/ David S. Cohen</u>