IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL TRADE COMMISSION; LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission; and REBECCA KELLY SLAUGHTER, ALVARO BEDOYA, ANDREW N. FERGUSON, and MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC,<br><br>  Defendants. | Case No. 2:24-cv-01743-KBH |

**ORDER GRANTING UNOPPOSED MOTION OF PROFESSORS WILLIAM ARAIZA, JEFFREY LUBBERS, AND PETER M. SHANE FOR LEAVE TO FILE A BRIEF AS AMICI CURIAE**

AND NOW, this ____ day of _____, 2024, upon consideration of Professors William Araiza, Jeffrey Lubbers, and Peter M. Shane's Unopposed Motion for Leave to File a Brief as *Amici Curiae* in Support of Defendants' Opposition to Plaintiff's Motion to Stay Effective Date and for Preliminary Injunction, it is hereby ordered that the motion is **GRANTED**. It is further **ORDERED** that the *amicus* brief submitted with the motion is considered filed.

**BY THE COURT:**

_____
**HODGE, KELLY B., J.**