IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATS Tree Services, LLC | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Federal Trade Commission | : | No.: 2:24-cv-01743 |

ORDER

AND NOW, this _____ day of _____ 20 24 , it is hereby

ORDERED that the application of  Mark B. Samburg_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __2:24-cv-01743__

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Mark B. Samburg__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __ECF, Credit Card__, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| See attached page | | |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| See attached page | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for     /s/ Mark B. Samburg
(Applicant's Signature)

06/07/2024
(Date)

Name of Applicant's Firm: Democracy Forward Foundation
Address: PO Box 34553, Washington, DC 20043
Telephone Number: 202-408-9090
Email Address: msamburg@democracyforward.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/07/2024                              /s/ Mark B. Samburg
(Date)                                               (Applicant's Signature)

04/20

Mark B. Samburg admissions to practice:

- Massachusetts, 12/14/2010, No. 680099
- New York, 10/24/2013, No. 5180880
- District of Columbia, 2/3/2014, No. 1018533
- Maryland, 2/21/2024, No. 2402211003

- U.S. Court of Appeals for the Third Circuit, 7/30/2012
- U.S. Court of Appeals for the Ninth Circuit, 3/6/2024
- U.S. Court of Appeals for the Fifth Circuit, 5/10/2024
- S.D.N.Y., 9/27/2016, No. MS1985
- D.D.C., 4/1/2024, No. 10118533
- D.Md., 5/3/2024, No. 31090

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Mark B. Samburg to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| David Cohen | [signature] | 2/10/2004 | 88811 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

3320 Market Street, Suite 232

Philadelphia, PA 19104

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/10/2024             [signature]
           (Date)                                       (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATS Tree Services, LLC | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Federal Trade Commission | : | No.: 2:24-cv-01743 |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of **Mark B. Samburg**, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Filed via CM/ECF on June 10, 2024.

_____
(Signature of Attorney)

**David Cohen**
_____
(Name of Attorney)

William Araiza, Jeffrey Lubbers, Peter Shane
_____
(Name of Moving Party)

06/10/2024
_____
(Date)