IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br>Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br>LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission,<br>REBECCA KELLY SLAUGHTER,<br>ALVARO BEDOYA,<br>ANDREW N. FERGUSON and<br>MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC,<br>Defendants. | CIVIL ACTION<br><br><br><br>NO. 24-1743 |

**O R D E R**

**AND NOW**, this 11th day of June, 2024, upon consideration of the Unopposed Motion of Public Citizen and National Employment Law Project for Leave to File a Brief as *Amici Curiae* in Opposition to Plaintiff's Motion to Stay Effective Date and for Preliminary Injunction (ECF No. 24); the Unopposed Motion for *Amici Curiae* Small Business Majority and Evan Starr to File Brief in Opposition to Plaintiff's Motion for Stay of Effective Date and Preliminary Injunction (ECF No. 27); the Unopposed Motion of Community Legal Services, Inc. for Leave to File an *Amicus Curiae* Brief in Opposition to Plaintiff's Motion for a Preliminary Injunction (ECF No. 30); the Unopposed Motion of 35 Law, Business, and Economic Professors and Scholars for Leave to File Brief *Amici Curiae* in Support of Defendants' Opposition to Plaintiff's Motion to Stay Effective Date and for Preliminary Injunction (ECF No. 31); the Unopposed Motion of Professors William Araiza, Jeffrey Lubbers, and Peter M. Shane for Leave to File a Brief as *Amici Curiae* in Support of Defendants' Opposition to Plaintiff's Motion to Stay Effective Date and Preliminary Injunction (ECF No. 32); and the Applications for *Pro Hac Vice*

admission of Wendy Liu, Esquire (ECF Nos. 25 and 29); Phillip R. Malone, Esquire (ECF No. 28); Mark B. Samburg, Esquire (ECF No. 33); and Robin F. Thurston, Esquire (ECF No. 34), and the filing fees having been paid, **IT IS ORDERED** as follows:

    1.    The Unopposed Motion of Public Citizen and National Employment Law Project for Leave to File a Brief as *Amici Curiae* in Opposition to Plaintiff's Motion to Stay Effective Date and for Preliminary Injunction (ECF No. 24); the Unopposed Motion for *Amici Curiae* Small Business Majority and Evan Starr to File Brief in Opposition to Plaintiff's Motion for Stay of Effective Date and Preliminary Injunction (ECF No. 27); the Unopposed Motion of Community Legal Services, Inc. for Leave to File an *Amicus Curiae* Brief in Opposition to Plaintiff's Motion for a Preliminary Injunction (ECF No. 30); the Unopposed Motion of 35 Law, Business, and Economic Professors and Scholars for Leave to File Brief *Amici Curiae* in Support of Defendants' Opposition to Plaintiff's Motion to Stay Effective Date and for Preliminary Injunction (ECF No. 31); and the Unopposed Motion of Professors William Araiza, Jeffrey Lubbers, and Peter M. Shane for Leave to File a Brief as *Amici Curiae* in Support of Defendants' Opposition to Plaintiff's Motion to Stay Effective Date and Preliminary Injunction (ECF No. 32) are **GRANTED**.  The Clerk of Court shall docket the *Amici Curiae* Briefs attached to each Motion for Leave;

    2.    The applications for *Pro Hac Vice* admission of Wendy Liu, Esquire (ECF Nos. 25 and 29), Phillip R. Malone, Esquire (ECF No. 28) Mark B. Samburg, Esquire (ECF No. 33) and Robin F. Thurston, Esquire (ECF No. 34) are **GRANTED** pursuant to Local Rule of Civil Procedure 83.5.2(b).[1]

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

**IT IS FURTHER ORDERED** that any *amicus curiae* briefs shall be filed and served on or before June 25, 2024.[2]

**BY THE COURT:**

/s/ Hon. Kelley B. Hodge

_____

**HODGE, KELLEY B., J.**

---

[2] *Amicus curiae* briefs shall be limited to twenty-five (25) pages. Any attorney who seeks to submit an *amicus curiae* brief must be a member of the Bar of the Supreme Court of Pennsylvania and this Court, or they must file a motion for *pro hac vice* admission.