IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ATS Tree Services, LLC  :   Civil Action
                        :
         v.             :
                        :
Federal Trade Commission :   No.: 2:24-cv-1743-KBH
                        :

ORDER

AND NOW, this          day of                    20 24 , it is hereby

ORDERED that the application of  Amanda G. Lewis_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
                                , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:24-cv-1743-KBH

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, **Amanda G. Lewis** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number **ECF - Credit card**, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| New York (First Judicial) | 7/13/2009 | 4741120 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| | | |
| | | |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

*Amici Curiae* American Academy of Emergency Medicine

(Applicant's Signature) /s/ Amanda G. Lewis

(Date) 06/13/2024

Name of Applicant's Firm: Cuneo Gilbert & LaDuca, LLP
Address: 4725 Wisconsin Avenue, NW Suite 200
Telephone Number: 202-789-3960
Email Address: alewis@cuneolaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/13/2024                                    /s/ Amanda G. Lewis
(Date)                                                          (Applicant's Signature)

04/20

II.  SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Amanda G. Lewis to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Robert S. Kitchenoff | /s/ Robert S. Kitchenoff | May, 1987 | 45993 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Weinstein Kitchenoff & Asher LLC

24 W. Lancaster Avenue, Suite 201, Ardmore, PA 19003

(215) 545-7200

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/13/2024                                 /s/ Robert S. Kitchenoff
             (Date)                                        (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATS Tree Services, LLC | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Federal Trade Commission | : | No.: 2:24-cv-1743-KBH |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Amanda G. Lewis, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Through filing with the court's ecf system.

_____/s/ Robert S. Kitchenoff_____
(Signature of Attorney)

Robert S. Kitchenoff
_____
(Name of Attorney)

Amici American Academy of Emergency Medicine
_____
(Name of Moving Party)

06/13/2024
_____
(Date)