**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ATS TREE SERVICES, LLC,

       Plaintiff,

v.

FEDERAL TRADE COMMISSION,
*et al.*,

       Defendants.

Case No. 2:24-cv-01743-KBH

---

**NOTICE OF APPEARANCE**

TO THE CLERK:

Kindly enter the appearance of Jim Davy of All Rise Trial & Appellate as counsel on

behalf of proposed *amici curiae* State Rep. Dan Frankel and Pennsylvania State and Local

Elected Officials.

Dated: June 14, 2024

                                   Respectfully submitted,

                                   */s/ Jim Davy*
                                   Jim Davy (PA ID No. 321631)
                                   ALL RISE TRIAL & APPELLATE
                                   P.O. Box 15216
                                   Philadelphia, PA 19125
                                   Phone: (215) 792-3579
                                   jimdavy@allriselaw.org

                                   *Counsel for Proposed Amici Curiae*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2024, I caused the foregoing Notice of Appearance to be filed with the Clerk of Court using the Court's Electronic Document Filing System, which served copies on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

*/s/ Jim Davy*
Jim Davy (PA ID No. 321631)
ALL RISE TRIAL & APPELLATE
P.O. Box 15216
Philadelphia, PA 19125
(215) 792-3579
jimdavy@allriselaw.org

*Counsel for Proposed Amici Curiae*