IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br><br>                   Plaintiff,<br>    v.<br><br>FEDERAL TRADE COMMISSION; LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission; and REBECCA KELLY SLAUGHTER, ALVARO BEDOYA; ANDREW N. FERGUSON, and MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC,<br><br>                   Defendants. | No. 2:24-cv-01743-KBH |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

      Before the Court is Plaintiff's Unopposed Motion for Leave to File Excess Pages (the "Motion") for its reply brief in support of Motion for Stay of Effective Date and Preliminary Injunction (Doc. 10). After consideration of the Motion, Plaintiff's Motion is **GRANTED.** Plaintiff may file a reply in support of its Motion for Stay of Effective Date and Preliminary Injunction (Doc. 10) not to exceed 18 pages.

**SO ORDERED.**

June _____, 2024.

                                                                                                                         _____
                                                                                                       United States District Judge