IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br><br>                Plaintiff,<br>   v.<br><br>FEDERAL TRADE COMMISSION; LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission; and REBECCA KELLY SLAUGHTER, ALVARO BEDOYA; ANDREW N. FERGUSON, and MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC,<br><br>                Defendants. | No. 2:24-cv-01743-KBH |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Before the Court is Plaintiff's Unopposed Motion for Leave to File Excess Pages (the "Motion") (ECF No. 44) for its reply brief in support of Motion for Stay of Effective Date and Preliminary Injunction (ECF No. 10). After consideration of the Motion, Plaintiff's Motion (ECF No. 44) is **GRANTED.** Plaintiff may file a reply in support of its Motion for Stay of Effective Date and Preliminary Injunction (ECF No. 10) not to exceed 18 pages.

**SO ORDERED.**

June 18, 2024.

                                                    BY THE COURT:

                                                    /s/ Hon. Kelley B. Hodge

                                                    **HODGE, KELLEY B., J.**