IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATS Free Services, LLC | : | |
| | : | |
| Plaintiff, | : | No. 2:24-cv-01743-KBH |
| v. | : | |
| | : | ENTRY OF APPEARANCE |
| FEDERAL TRADE COMMISSION, et al. | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Robert S. Kitchenoff as attorney for proposed *amicus curiae* Academy of Emergency Medicine in the above-captioned matter.

Dated: June 19, 2024

/s/ Robert S. Kitchenoff
Robert S. Kitchenoff
PA Attorney I.D. No. 45993
WEINSTEIN KITCHENOFF & ASHER LLC
24 W. Lancaster Avenue, Suite 201
Ardmore, PA 19003
Tel: (215) 545-7200
kitchenoff@wka-law.com

**CERTIFICATE OR SERVICE**

I hereby certify that on this 19th day of June, 2024, foregoing Entry of Appearance was filed electronically with the Clerk of the Court via the Court's CM/ECF system and (1) the Entry of Appearance is available for viewing and downloading via the CM/ECF system, and (2) the CM/ECF system will send notification of such filing to all attorneys of record.

/s/ Robert S. Kitchenoff