IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION, et al.<br><br>Defendants. | No. 2:24-cv-01743-KBH |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF AMERICAN ACADEMY OF EMERGENCY MEDICINE FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE IN OPPOSITION TO PLAINTIFF'S MOTION FOR STAY OF EFFECTIVE DATE AND PRELIMINARY INJUNCTION**

Before the Court is the unopposed motion of American Academy of Emergency Medicine (AAEM) for leave to file a brief as *amicus curiae* in opposition to Plaintiff's motion for stay of effective date and for preliminary injunction.

Having considered the motion, the Court finds that it is well taken and GRANTS the motion. It is therefore ORDERED that the *amicus* brief is considered filed.

Signed this _____ day of _____, 2024.

_____
Hodge, Kelley B., J.
United States District Judge