UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION; LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission; and REBECCA KELLY SLAUGHTER, ALVARO BEDOYA, ANDREW N. FERGUSON, AND MELISSA HOLYOAK, in their official capacities as Commissioners of the Federal Trade Commission,<br><br>Defendants. | No. 2:24-cv-01743-KBH |

**[PROPOSED] ORDER**

The parties' joint motion for leave to file joint appendix containing cited portions of the administrative record is HEREBY GRANTED. By July 1, 2024 for the pending motion for stay of effective date and preliminary injunction, and within 14 days after the close of briefing for each subsequent motion for which briefs filed by any party rely on the record, the parties shall file a joint appendix containing only the cited or otherwise relied on portions of the record, with any surrounding material necessary for context.

SO ORDERED.


Dated: _____            _____
                                                           THE HONORABLE KELLEY BRISBON HODGE
                                                           UNITED STATES DISTRICT JUDGE