IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ATS TREE SERVICES, LLC,**<br>**Plaintiff,**<br><br>v.<br><br>**FEDERAL TRADE COMMISSION,**<br>**LINA M. KHAN,** in her official capacity as Chair of the Federal Trade Commission,<br>**REBECCA KELLY SLAUGHTER,**<br>**ALVARO BEDOYA,**<br>**ANDREW N. FERGUSON** and<br>**MELISSA HOLYOAK,** in their official capacities as Commissioners of the FTC,<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 24-1743** |

## O R D E R

**AND NOW**, this 24th day of June, 2024, upon consideration of the Unopposed Motion of Pennsylvania State and Local Elected Officials for Leave to File a Brief as *Amici Curiae* (ECF No. 43); and the Unopposed Motion of American Academy of Emergency Medicine for Leave to File Brief as Amicus Curiae in Opposition to Plaintiff's Motion for Stay of Effective Date and Preliminary Injunction (ECF No. 47) **IT IS HEREBY ORDERED** that the Motions for Leave (ECF Nos. 43 and 47) are **GRANTED.** The Clerk of Court shall docket the *Amici Curiae* Briefs attached to each Motion for Leave.

**BY THE COURT:**

/s/ Hon. Kelley B. Hodge

_____
**HODGE, KELLEY B., J.**
