UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION; LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission; and REBECCA KELLY SLAUGHTER, ALVARO BEDOYA, ANDREW N. FERGUSON, AND MELISSA HOLYOAK, in their official capacities as Commissioners of the Federal Trade Commission,<br><br>Defendants. | No. 2:24-cv-01743-KBH |

**[PROPOSED] ORDER**

The parties' joint motion to suspend Defendants' responsive pleading deadline is HEREBY GRANTED. Defendants' deadline to file a responsive pleading to Plaintiff's complaint is suspended, pending the Court's entry of an order on Plaintiff's pending motion for a stay of effective date and preliminary injunction, and the parties' filing of a joint status report proposing next steps in the case within fourteen days of that order.

SO ORDERED.

Dated: _____            _____
                               THE HONORABLE KELLEY BRISBON HODGE
                               UNITED STATES DISTRICT JUDGE