AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| ATS Tree Services, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-01743-KBH |
| Federal Trade Commission | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
The Securities Industry and Financial Markets Association; the Futures Industry Association; the Managed Funds Association; and the American Investment Council.

Date: 06/25/2024

/s/ Miranda Z. Katz
*Attorney's signature*

Miranda Katz (PA Bar #332801)
*Printed name and bar number*
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020

*Address*

mzkatz@mayerbrown.com
*E-mail address*

(212) 506-2262
*Telephone number*

(212) 262-1910
*FAX number*