IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATS Tree Services, LLC | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Federal Trade Commission | : | No.: 24-1743 |
| | : | |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the application of __Nicole A. Saharsky_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 24-1743

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, Nicole A. Saharsky, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| District of Columbia | 12/2/2005 | 495433 |
| Virginia | 11/23/2021 | 97346 |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| See attached | | |
| | | |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

(Applicant's Signature) /s/ Nicole A. Saharsky

(Date) 06/25/2024

Name of Applicant's Firm: Mayer Brown LLP
Address: 1999 K Street NW, Washington DC 20006
Telephone Number: (202) 263-3052
Email Address: nsaharsky@mayerbrown.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/25/2024                    /s/ Nicole A. Saharsky
(Date)                                     (Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Nicole A. Saharsky to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Miranda Z. Katz | /s/ Miranda Z. Katz | 6/20/2024 | 332801 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Mayer Brown LLP

1221 Avenue of the Americas, New York NY 10020

(212) 506-2262

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/25/2024                              /s/ Miranda Z. Katz
           (Date)                                    (Sponsor's Signature)

**Addendum**

| Court | Admission Date | Bar Number |
|---|---|---|
| U.S. Court of Appeals for the District of Columbia Circuit | 2/27/2004 | 49224 |
| U.S. Court of Appeals for the Eleventh Circuit | 4/6/2020 | |
| U.S. Court of Appeals for the Federal Circuit | 7/10/2019 | |
| U.S. Court of Appeals for the Fifth Circuit | 4/16/2003 | |
| U.S. Court of Appeals for the First Circuit | 1/25/2021 | |
| U.S. Court of Appeals for the Fourth Circuit | 3/23/2007 | |
| U.S. Court of Appeals for the Ninth Circuit | 6/11/2019 | |
| U.S. Court of Appeals for the Second Circuit | 4/16/2018 | |
| U.S. Court of Appeals for the Seventh Circuit | 4/7/2006 | |
| U.S. Court of Appeals for the Sixth Circuit | 4/8/2020 | |
| U.S. Court of Appeals for the Tenth Circuit | 4/8/2020 | |
| U.S. District Court for the Northern District of Illinois | 5/14/2019 | 495433 |
| U.S. Supreme Court | 2/27/2006 | 258401 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATS Tree Services LLC | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Federal Trade Commission | : | No.: 24-1743 |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Nicole A. Saharsky, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

On all counsel of record via CM/ECF

/s/ Miranda Z. Katz
_____
(Signature of Attorney)

Miranda Z. Katz
_____
(Name of Attorney)

Amici Securities Industry and Financial Market Association et al.
_____
(Name of Moving Party)

06/25/2024
_____
(Date)