UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION; LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission; and REBECCA KELLY SLAUGHTER, ALVARO BEDOYA, ANDREW N. FERGUSON, AND MELISSA HOLYOAK, in their official capacities as Commissioners of the Federal Trade Commission,<br><br>          Defendants. | No. 2:24-cv-01743-KBH |

## ORDER

The parties' joint motion to suspend Defendants' responsive pleading deadline (ECF No. 54) is **HEREBY GRANTED**. Defendants' deadline to file a responsive pleading to Plaintiff's complaint is suspended, pending the Court's entry of an order on Plaintiff's pending motion for a stay of effective date and preliminary injunction, and the parties' filing of a joint status report proposing next steps in the case within fourteen days of that order.

SO ORDERED.

Dated: June 27, 2024

/s/ Hon. Kelley B. Hodge
_____
THE HONORABLE KELLEY BRISBON HODGE
UNITED STATES DISTRICT JUDGE