IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ATS TREE SERVICES, LLC,**<br>Plaintiff,<br><br>v.<br><br>**FEDERAL TRADE COMMISSION,**<br>**LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission,**<br>**REBECCA KELLY SLAUGHTER,**<br>**ALVARO BEDOYA,**<br>**ANDREW N. FERGUSON and**<br>**MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC,**<br>Defendants. | **CIVIL ACTION**<br><br><br><br>NO.  24-1743 |

**O R D E R**

AND NOW, this 27th day of June, 2024, upon consideration of the Unopposed Motion of the Securities Industry and Financial Markets Association, the Futures Industry Association, the Managed Funds Association, and the American Investment Council for Leave to File a Brief as *Amici Curiae* (ECF No. 55) **IT IS HEREBY ORDERED** that the Motion is **GRANTED.** The Clerk of Court shall docket the *Amici Curiae* brief attached to the Motion.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
**HODGE, KELLEY B., J.**