IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br>　　　　Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br>LINA M. KHAN, in her official capacity as<br>Chair of the Federal Trade Commission,<br>REBECCA KELLY SLAUGHTER,<br>ALVARO BEDOYA,<br>ANDREW N. FERGUSON and<br>MELISSA HOLYOAK, in their official<br>capacities as Commissioners of the FTC,<br>　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO. 24-1743 |

## O R D E R

**AND NOW**, this 2nd day of July, 2024, upon consideration of Plaintiff ATS Tree Services, LLC's request for oral argument (ECF No 10 at 2), good cause appearing, **IT IS HEREBY ORDERED** that a hearing is scheduled for **Wednesday, July 10, 2024 at 12:00 p.m. in Courtroom 15A.** Counsel shall present argument on whether a preliminary injunction and stay should be issued in this case.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
　　HODGE, KELLEY B., J.