IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL TRADE COMMISSION; LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission; and REBECCA KELLY SLAUGHTER, ALVARO BEDOYA, ANDREW N. FERGUSON, and MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC,<br><br>　　　　Defendants. | Case No. 2:24-cv-01743-KBH |

**JOINT NOTICE
REGARDING JULY 10, 2024 HEARING**

In anticipation of the July 10, 2024, hearing on Plaintiff ATS Tree Services, LLC's ("ATS") Motion for Stay of Effective Date and for Preliminary Injunction (Doc. 10) (the "Motion"), ATS and Defendants (collectively, the "Parties") conferred regarding the scope of the hearing. The Parties acknowledge that the Court ordered that "[c]ounsel shall present argument on whether a preliminary injunction and stay should be issued in this case." Doc. 63. In order to focus on the disputed legal issues raised by the Motion, the Parties agree—for the limited purpose of the resolution of the Motion—that the facts as presented in the record would be the same if presented during the July 10, 2024, hearing. The Parties will forgo the presentation of evidence; neither party intends to call any witnesses in connection with the Motion.

1

| | |
|---|---|
| Dated: July 3, 2024 | Respectfully submitted, |
| | |
| /s/ Sean Radomski | BRIAN M. BOYNTON |
| SEAN RADOMSKI | Principal Deputy Assistant Attorney General |
| Pennsylvania Bar No. 319732 | |
| JOSHUA M. ROBBINS* | LESLEY R. FARBY |
| Virginia Bar No. 91020 | Assistant Branch Director |
| PACIFIC LEGAL FOUNDATION | |
| 3100 Clarendon Blvd. | /s/ Arjun Mody |
| Suite 1000 | RACHAEL L. WESTMORELAND |
| Arlington, VA 22201 | TAISA M. GOODNATURE |
| Tel: (202) 888-6881 | ARJUN MODY (DC # 90013383) |
| SRadomski@pacificlegal.org | Trial Attorneys |
| JRobbins@pacificlegal.org | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| LUKE WAKE* | 1100 L Street, NW |
| California Bar No. 264647 | Washington, D.C. 20005 |
| PACIFIC LEGAL FOUNDATION | Tel: (202) 451-7723 |
| 555 Capitol Mall, Suite 1290 | E-mail: arjun.a.mody@usdoj.gov |
| Sacramento, CA | |
| Tel: (916) 419-7111 | *Attorneys for Defendants* |
| LWake@pacificlegal.org | |

*Attorneys for Plaintiff*

*admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2024, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Pennsylvania using the CM/ECF system, which sent notifications of such filing to all registered CM/ECF users.

DATED: July 3, 2024.

/s/ *Sean Radomski*
SEAN RADOMSKI