IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br>Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br>LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission,<br>REBECCA KELLY SLAUGHTER,<br>ALVARO BEDOYA,<br>ANDREW N. FERGUSON and<br>MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC,<br>Defendants. | CIVIL ACTION<br><br><br><br>NO. 24-1743 |

**O R D E R**

**AND NOW**, this 9th day of July, 2024, upon consideration of the Applications/Motions for *Pro Hac Vice* Admission of Amanda G. Lewis, Esquire (ECF 41), Gail F. Levine, Esquire (ECF 57), and Nicole A. Shahrsky, Esquire (ECF 58), the filing fees having been paid, **IT IS ORDERED** that the Applications/Motions for *Pro Hac Vice* Admission of Amanda G. Lewis, Esquire (ECF 41), Gail F. Levine, Esquire (ECF 57), and Nicole A. Shahrsky, Esquire (ECF 58) are **GRANTED** pursuant to Local Rule of Civil Procedure 83.5.2(b).[1]

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
HODGE, KELLEY B., J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.