IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# _____

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, _____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

/S/ Joshua Rosenthal
_____
(Applicant's Signature)

_____
(Date)

Name of Applicant's Firm _____
Address _____
Telephone Number _____
Email Address _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____          /s/ Joshua Rosenthal
                (Date)                      _____
                                            (Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

_____    _____    _____    _____
(Sponsor's Name)                  (Sponsor's Signature)           (Admission date)              (Attorney
                                                                                                                         Identification No.)

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____           _____
                        (Date)                                                    (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATS TREE SERVICES, LLC, | : | Civil Action |
| *Plaintiff* | : | |
| v. | : | |
| FEDERAL TRADE COMMISSION, | : | |
| *et al.,* | : | No.: |
| *Defendant* | | |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _____,
Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed
Order which, if granted, would permit such practice in this court was served as follows:

_____
(Signature of Attorney)

_____
(Name of Attorney)

_____
(Name of Moving Party)

_____
(Date)

*I state that I am currently admitted to practice in the following federal jurisdictions:*

**Jurisdiction:** U.S. District Court, Eastern District of New York
**Date admitted:** 06/15/2018
**Status:** Active
**Attorney Identification Number:** JR1096

**Jurisdiction:** U.S. District Court, Eastern District of Michigan
**Date admitted:** 02/26/2020
**Status:** Active
**Attorney Identification Number:**

**Jurisdiction:** U.S. District Court, District of Columbia
**Date admitted:** 04/05/2021
**Status:** Active
**Attorney Identification Number:** 198162

**Jurisdiction:** U.S. Court of Appeals 5th Circuit
**Date admitted:** 07/01/2020
**Status:** Active
**Attorney Identification Number:**

**Jurisdiction:** U.S. Courts Appeals 2nd Circuit
**Date admitted:** 10/26/2017
**Status:** Inactive
**Attorney Identification Number:**

**Jurisdiction:** U.S. Courts of Appeals 6th Circuit
**Date admitted:** 12/03/2014
**Still admitted:** Yes
**Attorney Identification Number:**

**Jurisdiction:** U.S. Supreme Court
**Date admitted:** 10/02/2017
**Status:** Active
**Attorney Identification Number:** 303066

**Jurisdiction:** N.Y. Court of Appeals
**Date admitted:** 08/15/2014
**Status:** Active
**Attorney Identification Number:** 5274840

**Jurisdiction:** U.S. Court of Appeals 4th Circuit
**Date admitted:** 05/12/2020
**Status:** Active
**Attorney Identification Number:**

**Jurisdiction:** U.S. Court of Appeals 11th Circuit
**Date admitted:** 03/16/2023
**Status:** Active
**Attorney Identification Number:**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATS TREE SERVICES, LLC, | : | Civil Action |
| *Plaintiff* | : | |
| v. | : | |
| | : | |
| FEDERAL TRADE COMMISSION, | : | No.: |
| *et al.*, | : | |
| *Defendant* | | |

ORDER

AND NOW, this _____ day of _____ 20**24**, it is hereby

ORDERED that the application of _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.