IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br>Plaintiff, | CIVIL ACTION |
| v. | |
| FEDERAL TRADE COMMISSION,<br>LINA M. KHAN, in her official capacity as<br>Chair of the Federal Trade Commission,<br>REBECCA KELLY SLAUGHTER,<br>ALVARO BEDOYA,<br>ANDREW N. FERGUSON and<br>MELISSA HOLYOAK, in their official<br>capacities as Commissioners of the FTC,<br>Defendants. | NO.  24-1743 |

### O R D E R

**AND NOW**, this 17th day of July, 2024, upon consideration of the Motions for *Pro Hac Vice* Admission of Joshua Rosenthal, Esquire (ECF 67) and Eushrah Hossain, Esquire (ECF 68), the filing fees having been paid, **IT IS ORDERED** that the Applications/Motions for *Pro Hac Vice* Admission of Joshua Rosenthal, Esquire (ECF 67) and Eushrah Hossain, Esquire (ECF 68) are **GRANTED** pursuant to Local Rule of Civil Procedure 83.5.2(b).[1]

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
HODGE, KELLEY B., J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.