IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br><br>                Plaintiff,<br>   v.<br><br>FEDERAL TRADE COMMISSION; LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission; and REBECCA KELLY SLAUGHTER, ALVARO BEDOYA; ANDREW N. FERGUSON, and MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC,<br><br>                Defendants. | No. 2:24-cv-01743-KBH |

## [PROPOSED] ORDER

Before the Court is Plaintiff's Motion to Supplement the Record (the "Motion") for its Motion for Stay of Effective Date and Preliminary Injunction (Doc. 10). After consideration of the Motion, Plaintiff's Motion is **GRANTED.**

[ ] The Court will consider the supplemental affidavit of Mr. David Servin filed with the Motion in deciding Plaintiff's Motion for Stay of Effective Date and Preliminary Injunction (Doc. 10).

[ ] The Court sets an evidentiary hearing on the Motion for Stay of Effective Date and Preliminary Injunction (Doc. 10) for _____, 2024, at which Mr. Servin will be permitted to testify.

**SO ORDERED.**

July _____, 2024.

                                                           _____
                                                              United States District Judge