IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br>Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br>LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission,<br>REBECCA KELLY SLAUGHTER,<br>ALVARO BEDOYA,<br>ANDREW N. FERGUSON and<br>MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC,<br>Defendants. | CIVIL ACTION<br><br><br>NO.  24-1743 |

**O R D E R**

**AND NOW**, this 18th day of July, 2024, Plaintiff having filed a Motion for Leave to Supplement the Record ("Motion") on July 17, 2024 (ECF No. 74), it is hereby **ORDERED** that if Defendants Federal Trade Commission, Lina M. Khan, Rebecca Kelly Slaughter, Alvaro Bedoya, Andrew N. Ferguson, and Melissa Holyoak intend to respond, they shall do so no later than **5:00 p.m.** on **July 19, 2024**.[1]

SO ORDERED.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
HODGE, KELLEY B., J.

---

[1] The Court is aware of the representation made by Plaintiff that "ATS conferred with Defendants regarding this motion and they oppose it." (ECF No. 74 at 1).