IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION; LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission; and REBECCA KELLY SLAUGHTER, ALVARO BEDOYA, ANDREW N. FERGUSON, and MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-1743-KBH |

## [PROPOSED] ORDER

Before the Court is Plaintiff's Motion to Supplement the Record, ECF No. 74. Having considered the parties' briefs and the applicable law, the Court hereby **ORDERS** that Plaintiff's motion is **DENIED**.

_____, 2024　　　　　_____

　　　　　　　　　　　　　　　　　　　THE HONORABLE KELLEY BRISBON HODGE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE