IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br>Plaintiff, | CIVIL ACTION |
| v. | |
| FEDERAL TRADE COMMISSION,<br>LINA M. KHAN, in her official capacity as<br>Chair of the Federal Trade Commission,<br>REBECCA KELLY SLAUGHTER,<br>ALVARO BEDOYA,<br>ANDREW N. FERGUSON and<br>MELISSA HOLYOAK, in their official<br>capacities as Commissioners of the FTC,<br>Defendants. | NO. 24-1743 |

# **O R D E R**

**AND NOW**, this 23rd day of July, 2024, upon consideration of Plaintiff's Motion for Stay of Effective Date and Preliminary Injunction ("Motion") (ECF No. 10), all responsive and related filings (ECF Nos. 11, 22, 48, 53, 62, 64, 65, 72, 77), and the Parties' arguments at the hearing held on July 10, 2024 (ECF No. 70), it is hereby **ORDERED** that Plaintiff's Motion is **DENIED.**

SO ORDERED.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

_____
HODGE, KELLEY B., J.