IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ATS TREE SERVICES, LLC,**<br>Plaintiff,<br><br>v.<br><br>**FEDERAL TRADE COMMISSION,**<br>**LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission,**<br>**REBECCA KELLY SLAUGHTER,**<br>**ALVARO BEDOYA,**<br>**ANDREW N. FERGUSON and**<br>**MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC,**<br>Defendants. | CIVIL ACTION<br><br><br><br>NO.  24-1743 |

# O R D E R

**AND NOW**, this 22nd day of August, 2024, upon consideration of the parties' Joint Status Report (ECF No. 82), it is hereby ORDERED AS FOLLOWS:

1. Plaintiff's motion for summary judgment, not to exceed **45 pages**, shall be filed by **September 20, 2024**;

2. Defendants' cross-motion for summary judgment, not to exceed **45 pages**, shall be filed by **October 21, 2024**;

3. Plaintiff's reply in support of Plaintiff's motion for summary judgment and response in opposition to Defendants' cross-motion for summary judgment, not to exceed **30 pages**, shall be filed by **November 8, 2024**;

4. Defendants' reply in support of Defendants' cross-motion for summary judgment, not to exceed **30 pages**, shall be filed by **November 26, 2024**;[1]

---

[1] In light of this scheduling order, Plaintiff's request that the Court issue an expedited deadline of November 27, 2024 for its ruling is **DENIED**. The Court will issue its ruling promptly, fairly and efficiently.

5. Absent good cause, no sur-replies shall be filed.

6. The Parties' joint request that the Court waive the requirement to file statements of undisputed material facts alongside the Parties' summary judgment motions, reserving the opportunity to contest any facts in the event of a material dispute, is **GRANTED.**

7. The Parties' joint request that the Court waive Defendants' responsive pleading requirement, which the Court previously suspended pending the Court's entry of an order on Plaintiff's motion for stay of effective date and preliminary injunction (ECF No. 59) is **GRANTED.**

**SO ORDERED.**

                                        **BY THE COURT:**

                                        /s/ Hon. Kelley B. Hodge

                                        **HODGE, KELLEY B., J.**