# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ATS TREE SERVICES, LLC,

        Plaintiff,

v.

FEDERAL TRADE COMMISSION; LINA
M. KHAN, in her official capacity as Chair
of the Federal Trade Commission; and
REBECCA KELLY SLAUGHTER,
ALVARO BEDOYA, ANDREW N.
FERGUSON, and MELISSA HOLYOAK, in
their official capacities as Commissioners of
the FTC,

        Defendants.

Case No.: 2:24-cv-1743-KBH

## MOTION TO STAY PROCEEDINGS

Plaintiff ATS Tree Services, LLC ("ATS") respectfully requests that the Court stay all proceedings in this case pending the earliest of the following events: (1) the expiration of time for the Federal Trade Commission to file a notice of appeal of the final judgment in *Ryan, LLC v. FTC*, No. 3:24-cv-00986 (N.D. Tex.) (the "Ryan Judgment"); (2) if the Commission appeals the *Ryan* Judgment, a decision on the merits from the U.S. Court of Appeals for the Fifth Circuit; or (3) any other event that changes the effectiveness of the *Ryan* Judgment as to ATS. ATS further requests that the parties be required to submit a joint status report within 14 days of the earliest of any of the aforementioned events addressing whether the stay should continue. Should Defendants file a notice of appeal in *Ryan*, the parties should also be required to notify the Court via joint letter within 3 days after the notice of appeal is filed. The Court in *Ryan* vacated the Commission's Non-Compete Clause Rule, 89 Fed. Reg. 38,342 (May 7, 2024) (the "Final Rule"), the legality of which

is the subject of this case. Given that the Final Rule has been vacated, there is presently no Final

Rule for the parties to litigate. As such, a stay of this case is warranted unless and until the *Ryan*

Judgment becomes ineffective as to ATS to conserve the resources of the parties and the Court.

The Commission opposes the request for a stay, and intends to file an opposition setting forth the

basis for its position. ATS also intends to submit a letter request to continue for 14 days the current

briefing schedule for the parties' cross-motions for summary judgment—under which ATS must

file its motion for summary judgment on September 20, 2024.

Dated: September 6, 2024.                    Respectfully submitted,

*/s/ Sean Radomski*
SEAN RADOMSKI
Pennsylvania Bar No. 319732
JOSHUA M. ROBBINS*
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd.
Suite 1000
Arlington, Virginia 22201
Telephone: (202) 888-6881
SRadomski@pacificlegal.org
JRobbins@pacificlegal.org

LUKE WAKE*
California Bar. No. 264647
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, California
Telephone: (916) 419-7111
LWake@pacificlegal.org

*Attorneys for Plaintiff*
*\*admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2024, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Pennsylvania using the CM/ECF system, which sent notifications of such filing to all registered CM/ECF users.


DATED: September 6, 2024.

/s/ *Sean Radomski*
SEAN RADOMSKI
