IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br><br>                      Plaintiff,<br><br>  v.<br><br>FEDERAL TRADE COMMISSION; LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission; and REBECCA KELLY SLAUGHTER, ALVARO BEDOYA; ANDREW N. FERGUSON, and MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC,<br><br>                      Defendants. | Case No. 2:24-cv-01743-KBH |

**[PROPOSED] ORDER**

Before the Court is the Plaintiff ATS Tree Services, LLC's Motion to Stay Proceedings. After consideration of the motion and briefing filed with the Court, and applicable law, the motion is **GRANTED**.

It is further **ORDERED** that:

1. All proceedings in the above-captioned case will be stayed pending the earliest of the following events: (1) the expiration of time for the Federal Trade Commission to file a notice of appeal of the final judgment in *Ryan, LLC v. FTC*, No. 3:24-cv-00986 (N.D. Tex.) (the "*Ryan* Judgment"); (2) if the Commission appeals the *Ryan* Judgment, a decision on the merits from the U.S. Court of Appeals for the Fifth Circuit; or (3) any other event that changes the effectiveness of the *Ryan* Judgment as to ATS.

2. Within 3 days of Defendants filing a notice of appeal in *Ryan* (if they elect to do so), the parties will notify this Court of the appeal via joint letter.

1

3. Within 14 days of the earliest of the events in paragraph 1, the parties shall file a joint status report addressing each party's respective positions on the continuation of the stay and any further action that is necessary to resolve the above-captioned case.

**SO ORDERED.**

_____, 2024.

_____
United States District Judge