IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION; LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission; and REBECCA KELLY SLAUGHTER, ALVARO BEDOYA, ANDREW N. FERGUSON, and MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC,<br><br>     Defendants. | Case No.: 2:24-cv-1743-KBH |

**[PROPOSED] ORDER**

Before the Court is Plaintiff's Motion to Stay Proceedings, ECF No. 84. Having considered the Parties' briefs and the applicable law, the Court hereby **ORDERS** that Plaintiff's motion is **DENIED**.

_____, 2024        _____

                                                                     THE HONORABLE KELLEY BRISBON HODGE
                                                                     UNITED STATES DISTRICT JUDGE