IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br>    Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br>LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission,<br>REBECCA KELLY SLAUGHTER,<br>ALVARO BEDOYA,<br>ANDREW N. FERGUSON and<br>MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO. 24-1743 |

**O R D E R**

**AND NOW**, this 13th day of September, 2024, upon consideration of Plaintiff's September 9, 2024 letter requesting a 14-day extension of each deadline in the briefing schedule, **IT IS ORDERED** that Plaintiff's request is **GRANTED**. All dates outlined in the Court's August 22, 2024 order (ECF No. 83) are hereby extended by 14 days.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
HODGE, KELLEY B., J.