IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ATS TREE SERVICES, LLC,**<br>Plaintiff,<br><br>v.<br><br>**FEDERAL TRADE COMMISSION, LINA M. KHAN,** in her official capacity as Chair of the Federal Trade Commission, **REBECCA KELLY SLAUGHTER, ALVARO BEDOYA, ANDREW N. FERGUSON and MELISSA HOLYOAK,** in their official capacities as Commissioners of the FTC,<br>Defendants. | CIVIL ACTION<br><br><br><br>NO. 24-1743 |

**O R D E R**

**AND NOW**, this 3rd day of October, 2024, upon consideration of Plaintiff's unopposed request for an extension of all deadlines to the summary judgment briefing schedule, it is **ORDERED** that the request is **GRANTED**. All deadlines laid out in the Court's September 13, 2024 Order (ECF No. 88) shall be extended by 28 days. The updated summary judgment briefing schedule is as follows:

- Plaintiff's motion for summary judgment: **November 1, 2024**

- Defendants' cross-motion for summary judgment: **December 2, 2024**

- Plaintiff's reply in support of Plaintiff's motion for summary judgement and response in opposition to Defendants' cross-motion for summary judgment: **December 20, 2024**

- Defendants' reply in support of Defendants' cross-motion for summary judgment: **January 7, 2025**

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
**HODGE, KELLEY B., J.**