IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATS TREE SERVICES, LLC,<br><br>                Plaintiff,<br>   v.<br><br>FEDERAL TRADE COMMISSION; LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission; and REBECCA KELLY SLAUGHTER, ALVARO BEDOYA, ANDREW N. FERGUSON, and MELISSA HOLYOAK, in their official capacities as Commissioners of the FTC,<br><br>                Defendants. | Case No. 2:24-cv-01743-KBH |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ATS Tree Services, LLC gives notice of its voluntary dismissal of the above-captioned action. Defendants have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

DATED: October 4, 2024.

                                                    Respectfully submitted,

                                                    s/ *Sean Radomski*
                                                    SEAN RADOMSKI
                                                    Pennsylvania Bar No. 319732
                                                    JOSHUA M. ROBBINS*
                                                    Virginia Bar No. 91020
                                                    PACIFIC LEGAL FOUNDATION
                                                    3100 Clarendon Blvd.
                                                    Suite 1000
                                                    Arlington, Virginia 22201
                                                    Telephone: (202) 888-6881
                                                    SRadomski@pacificlegal.org
                                                    JRobbins@pacificlegal.org

LUKE WAKE*
California Bar. No. 264647
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, California
Telephone: (916) 419-7111
LWake@pacificlegal.org

*Attorneys for Plaintiff*

**admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2024, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Pennsylvania using the CM/ECF system, which sent notifications of such filing to all registered CM/ECF users.

DATED: October 4, 2024.

/s/ *Sean Radomski*
SEAN RADOMSKI